IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN MYERS : 
: CIVIL ACTION
v. :
: NO. 17-3509
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

# O R D E R

**AND NOW**, this  21st  day of  August , 2017, upon consideration of Plaintiff's Motion to Remand (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

        **BY THE COURT:**

        _____
        **R. BARCLAY SURRICK, J.**