IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN MYERS | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-3509 |
| STATE FARM MUTUAL AUTOMOBILE | : |
| INSURANCE COMPANY | : |

# O R D E R

**AND NOW**, this  6th   day of   September  , 2017, upon consideration of Defendant's Motion to Dismiss (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        **R. BARCLAY SURRICK, J.**